DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BIRCH,**
Appellant,

v.

**FLORIDA INSURANCE GUARANTY ASSOCIATION, INC.,**
Appellee.

No. 4D2022-2006

[July 25, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Nicole P. Menz, Judge; L.T. Case No. 312021CC000036.

Lisa Paige Glass of Glass Law Office, P.A., Boca Raton, and Jeffrey D. DeCarlo of Jeffrey D. DeCarlo, P.A., Miami, for appellant.

Hinda Klein of Conroy Simberg, Hollywood, for appellee Florida Insurance Guaranty Association, Inc.

Joshua S. Beck of Beck Law, P.A., Boca Raton, for appellee United Property & Casualty Insurance Company.[1]

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] Having filed the answer brief before Florida Insurance Guaranty Association, Inc., was substituted for United Property & Casualty Insurance Company as appellee.